# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Gray Helms Jackson, | ) |
| Plaintiff, | ) Civil Action No. 8:18-2125-RMG |
| vs. | ) |
| Andrew Saul, Commissioner of Social Security, | ) **ORDER** |
| Defendant. | ) |

This matter comes before the Court for judicial review of the final decision of the Commissioner of Social Security denying Plaintiff's application for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") for the period February 25, 2011 through July 31, 2015.[1] In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to the United States Magistrate Judge for pretrial handling. The Magistrate Judge issued a Report and Recommendation ("R & R") on July 26, 2019, recommending that the decision of the Commissioner be reversed and remanded with instructions to award benefits because of the overwhelming medical evidence that Plaintiff had moderate limitations in social functioning, in concentration, persistence, and pace, and in interacting and the testimony of the Vocational Expert that a person with such limitations would be precluded from all work. (Dkt. No. 17 at 27). The Commissioner has advised the Court he will not file an objection to the R & R of the Magistrate Judge. (Dkt. No. 19).

---

[1] Following an earlier court reversal of a denial of disability, the Commissioner found Plaintiff disabled on and after August 1, 2015.

The Court has reviewed the R & R and the record evidence and finds that the Magistrate Judge has ably addressed the factual and legal issues in this matter. Therefore, the Court **ADOPTS** the Report and Recommendation as the order of this Court, **REVERSES** the decision of the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g), and **REMANDS** the matter to the Commissioner with instructions to award benefits.

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

Charleston, South Carolina
August 9, 2019